**2005–0488.   Duckworth v. Burger King Corp.**

Franklin App. No. 04AP–697, 159 Ohio App.3d 540, 2005-Ohio-294, 824 N.E.2d 592. On motion for stay

of court of appeals' judgment. Motion denied.

RESNICK and PFEIFER, JJ., dissent.